# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Melissa Morgan | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:18-cv-0445-DCC |
| Andrew Saul, Acting Commissioner of Social Security Administration | ) ) ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's decision is reversed and the Court remands this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).


This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Donald C Coggins Jr, United States District Judge.


Date: September 12, 2019

*CLERK OF COURT*

s/Chelsea Pegram-Conner
*Signature of Clerk or Deputy Clerk*